IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARTINA RIVERA-RIVERA,<br><br>  Plaintiff,<br><br>   v.<br><br>MEDINA & MEDINA, INC.,<br><br>  Defendant. | CIVIL NO. 13-1889 (JAG) |

# JUDGMENT

Pursuant to this Court's Order entered today, Docket No. 112, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's claims against Defendant. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Wednesday, December 11, 2019.

s/ Jay A. Garcia-Gregory<br>
JAY A. GARCIA-GREGORY<br>
U.S. DISTRICT JUDGE